1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
|---|---|
| 211 Hebron Cir., Sacramento, CA | 2:18-SW-0255 EFB, |
| 1933 Leford Way, Sacramento, CA | 2:18-SW-0256 EFB, |
| 2205 Meadowview Rd., Sacramento, CA | 2:18-SW-0257 EFB, |
| 13373 Bennett Rd., Sacramento, CA | 2:18-SW-0258 EFB, |
| 3945 Shining Star Dr., Sacramento, CA | 2:18-SW-0259 EFB, |
| 12497 Clay Station Rd., Herald, CA | 2:18-SW-0260 EFB, |
| 4036 Sea Forest Way, Sacramento, CA | 2:18-SW-0261 EFB, |
| 1240 E St., Sacramento, CA | 2:18-SW-0262 EFB, |
| 410 Lampasas Ave., Sacramento, CA | 2:18-SW-0263 EFB, |
| 1 Thistle Ct., Sacramento, CA | 2:18-SW-0264 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/04/2019

*[signature]*
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE